UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON,<br><br>        Plaintiff,<br><br>vs.<br><br>PALM CANYON DEVELOPMENT, INC., et al.,<br><br>        Defendants. | Case No. 2:13-cv-00421-GMN-PAL<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #32) |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #32) filed August 7, 2013. Charles C. Rainey and Michael Graves seek to withdraw as counsel of record for Defendant Palm Canyon Development, Inc. The Motion represents that Defendant discharged counsel on August 7, 2013. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiff's Complaint (Dkt. #1) was filed on March 13, 2013. Discovery closes on November 27, 2013. *See* Scheduling Order (Dkt. #31).

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (Dkt. #32) is GRANTED.
2. A corporation cannot appear except through counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Therefore, Defendant Palm Canyon Development, Inc., shall have until **September 12, 2013,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice.

/ / /

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Defendants at:

Palm Canyon Development, Inc.
10300 W. Charleston Blvd., No. 13-170
Las Vegas, NV 89135

Dated this 12th day of August, 2013.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE